| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: _____ District of **Delaware** (State) | ☐ Check if this is an amended filing |
| Case number (If known): _____ Chapter **11** | |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   **RevitaLid Pharmaceutical Corp.**

1. **All other names debtor used in the last 8 years**   **Osmotica Pharmaceutical Corp.**

   Include any assumed names, trade names, and *doing business as* names

2. **Debtor's federal Employer Identification Number** (EIN)   **2 6 – 0 0 1 0 9 8 3**

1. **Debtor's address**

   **Principal place of business**

   **400** **Crossing Boulevard**
   Number    Street

   _____

   **Bridgewater**   **NJ**   **08807**
   City    State    ZIP Code

   **Somerset**
   County

   **Mailing address, if different from principal place of business**

   _____   _____
   Number    Street

   _____
   P.O. Box

   _____   _____   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____   _____
   Number    Street

   _____

   _____   _____   _____
   City    State    ZIP Code

3. **Debtor's website** (URL)   https://www.rvlpharma.com/

| Debtor | RevitaLid Pharmaceutical Corp. | Case number *(if known)* |
|---|---|---|
| | Name | |

### 4. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 5. Describe debtor's business

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 2 5 4

### 6. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | RevitaLid Pharmaceutical Corp. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                  MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

**8. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.  Debtor  See Schedule 1                    Relationship _____
District  Delaware                                 When  10 / 12 / 2023
                                                         MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

**9. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**10. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                                State ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | RevitaLid Pharmaceutical Corp. | Case number (if known) |
|---|---|---|
| | Name | |

| 11. | **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 12. | **Estimated number of creditors (on a consolidated basis)** | ☐ 1-49　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000<br>☐ 50-99　　　　　☐ 5,001-10,000　　　　 ☐ 50,001-100,000<br>☐ 100-199　　　 ☐ 10,001-25,000　　　 ☐ More than 100,000<br>☒ 200-999 |
| 13. | **Estimated assets (on a consolidated basis)** | ☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　 ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　　 ☐ $50,000,001-$100 million　　 ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　　 ☒ $100,000,001-$500 million　　☐ More than $50 billion |
| 14. | **Estimated liabilities (on a consolidated basis)** | ☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　 ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　　 ☐ $50,000,001-$100 million　　 ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　　 ☒ $100,000,001-$500 million　　☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 15. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on　10 / 12 / 2023<br>　　　　　　　MM / DD / YYYY<br><br>✗ /s/ Brian Markison　　　　　　　　　　Brian Markison<br>Signature of authorized representative of debtor　　Printed name<br><br>Title　Chief Executive Officer |
|---|---|---|

| Debtor | RevitaLid Pharmaceutical Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

1. **Signature of attorney**

   ✗ /s/ Mark D. Collins                          Date   10 / 12 / 2023
   Signature of attorney for debtor                     MM/ DD / YYYY

   Mark D. Collins
   Printed name

   Richards, Layton & Finger, P.A.
   Firm name

   920 North King Street
   Number       Street

   Wilmington                               DE         19801
   City                                     State      ZIP Code

   (302) 651-7531                           collins@rlf.com
   Contact phone                            Email address

   2981                                     DE
   Bar number                               State

# SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtor and Certain Affiliates of the Debtor**

On the date hereof, each of the entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of debtor RevitaLid Pharmaceutical Corp.

|    | **Debtor** | **Employer Identification Number** |
|----|------------|-------------------------------------|
| 1. | RevitaLid Pharmaceutical Corp. | 26-0010983 |
| 2. | RVL Pharmaceuticals, Inc. | 45-3077918 |
| 3. | RVL Pharmacy, LLC | 85-0656132 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| REVITALID PHARMACEUTICAL CORP., *et al.*, | ) Case No. 23-[_____] (___) |
| Debtors.[1] | ) |

## CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, RevitaLid Pharmaceutical Corp. ("**RevitaLid**") and its affiliated debtors and debtors in possession (the "**Debtors**") respectfully represents as follows:

- Osmotica kft owns 100% of the equity interests in RevitaLid.

- RevitaLid owns 100% of the equity interests in RVL Pharmaceuticals, Inc.

- RVL Pharmaceuticals, Inc. owns 100% of the equity interests in RVL Pharmacy, LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: RevitaLid Pharmaceutical Corp. (0983), RVL Pharmaceuticals, Inc. (7918), and RVL Pharmacy, LLC (6132). The location of the Debtors' principal place of business is 400 Crossing Boulevard, Bridgewater, New Jersey 08807.

**Fill in this information to identify the case:**

Debtor name: <u>RevitaLid Pharmaceutical Corp.</u>

United States Bankruptcy Court for the: District of <u>Delaware</u>
                                                                                 (State)

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration **Statement of Corporate Ownership**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>10 / 12 / 2023</u>
             MM / DD / YYYY

X    <u>/s/ Brian Markison</u>
     Signature of individual signing on behalf of debtor

<u>Brian Markison</u>
Printed name

<u>Chief Executive Officer</u>
Position or relationship to debtor

# REVITALID PHARMACEUTICAL CORP.

## Unanimous Written Consent of the Board of Directors
## In lieu of a Meeting

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Revitalid Pharmaceutical Corp., a Delaware corporation (the "**Corporation**"), acting pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Corporation currently in effect (the "**Bylaws**"), hereby take the following actions and adopt the following recitals and resolutions by unanimous written consent in lieu of a meeting:

**WHEREAS,** the Board has considered the filing of a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**"), for the Company and its affiliates pursuant to applicable law and in accordance with Section 141(f) of the Delaware General Corporation Law and the requirements of the Company's governing documents, and has reviewed and considered certain materials presented by the management of the Company and the Company's financial and legal advisors, including, but not limited to, materials regarding the liabilities and obligations of the Company, its liquidity, strategic alternatives available to it, and the effect of the foregoing on the Company's business, and has had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board has reviewed and considered certain materials presented by the management of the Company and the Company's financial and legal advisors regarding the advantages and disadvantages of the Company soliciting acceptances of the prepackaged Chapter 11 plan of reorganization (as may be amended, modified, or supplemented from time to time, the "**Plan**"); and

**WHEREAS**, in the judgment of the Board, debtor-in possession-financing ("**DIP Financing**") and use of cash collateral (as that term is defined in section 363(a) of the Bankruptcy Code) (the "**Cash Collateral**") is required in order to administer the Chapter 11 Case and that entry into that certain *Senior Secured Superpriority Debtor-in-Possession Term Loan Credit Agreement* (the "**DIP Facility**") by and among the Company, any other borrowers or grantors partied thereto, the administrative agent, and the DIP lenders thereunder, is desirable and in the best interests of the Company, its creditors, and other interested parties.

## Commencement and Prosecution of the Bankruptcy Case

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, as well as the Company's creditors, employees, and other interested parties, that the Company file or cause to be filed a voluntary petition for relief under the provisions of the Bankruptcy Code for the Company (hereinafter, a "**Chapter 11 Case**"); and it is further

**RESOLVED FURTHER**, that Brian Markison, President and Chief Executive Officer of the Company, and James Schaub, Vice President, Treasurer and Chief Operating Officer of

the Company (each, an "**Authorized Officer**"), each be, and hereby is, authorized, empowered and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as an Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to execute, verify and/or file or cause to be filed and/or executed or verified (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers or other professionals, and to take any and all action which they deem necessary, proper or desirable in connection with the Chapter 11 Case; and it is further

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

## Retention of Professionals

**RESOLVED**, that the law firms of Ropes & Gray LLP and Richards, Layton & Finger, P.A. be, and hereby are, employed to render legal services to, and to represent, the Company as counsel in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the law firm of A&L Goodbody LLP be, and hereby is, employed to render legal services to, and to represent, the Company as Irish counsel in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Ernst & Young LLP be, and hereby is, employed to render financial advisory services to, and to represent, the Company as financial advisor in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Ducera Capital Partners be, and hereby is, employed to render investment banking services to, and to represent, the Company as investment banker in connection with the Chapter 11 Case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that the firm of Kroll Restructuring Administration LLC be, and hereby is employed to (i) render noticing and claims agent services, and (ii) assist in the

preparation of the Company's statement of financial affairs and schedules of assets and liabilities in connection with the Chapter 11 Case on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of, and in the name of the Company, to retain such other professionals as they deem appropriate during the course of the Chapter 11 Case; and it is further

## Cash Collateral & DIP Facility

**RESOLVED**, that the Company shall be, and hereby is, authorized to: (a) enter into, and perform its obligations under, the DIP Facility and take all actions necessary and appropriate to obtain DIP Financing and use of Cash Collateral according to the terms negotiated by such Authorized Person, including under one or more loan agreements, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, mortgages, pledge agreements and all other documents, agreements or instruments related thereto (collectively, the "**Financing Transactions**") as may be deemed necessary or appropriate by such Authorized Person (such approval to be conclusively evidenced by the execution thereof or taking of such action by such Authorized Person); and (b) pay related fees and grant security interests in and liens upon, some, all or substantially all of the Company's and each Subsidiary's assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such Financing Transactions; and it is further

**RESOLVED FURTHER**, that the form, terms and provisions of the DIP Facility and use of Cash Collateral and all transactions contemplated thereby are hereby approved and authorized in all respects; and it is further

## Chapter 11 Plan

**RESOLVED**, that the Board has determined, after due consultation with the management of the Company, the financial advisors of the Company and the legal advisors of the Board and the Company, that it is desirable and in the best interests of the Company and its stakeholders to commence solicitation of the Plan pursuant to sections 1125(g) and 1126(b) of the Bankruptcy Code and rule 3018(b) of the Federal Rules of Bankruptcy Procedure, and that the solicitation of votes, if any, in favor of the Plan be, and hereby is, in all respects, authorized and approved; and it is further

**RESOLVED FURTHER**, that the Board has determined, after due consultation with the management of the Company, the financial advisors of the Company and the legal advisors of the Board and the Company, that it is desirable and in the best interests of the Company that the Authorized Persons file or cause to be filed the Plan and all other papers or documents (including any amendments) related thereto and to take any and all actions that any such Authorized Person deems necessary or appropriate to pursue confirmation and consummation of a plan of reorganization materially consistent with the Plan; and it is further

3

**RESOLVED FURTHER**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, empowered and directed on behalf of and in the name of the Company, together with the Company's advisors, to file all other documents deemed necessary to confirm a plan of reorganization materially consistent with the Plan, including, but not limited to, any amendments to and modifications of the Plan; and it is further

**RESOLVED FURTHER**, that each Authorized Person shall be, and hereby is, authorized, empowered and directed on behalf of and in the name of the Company, together with the Company's advisors, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to consummate the Plan if confirmed by the Bankruptcy Court; and it is further

### General Resolutions

**RESOLVED**, that any person dealing with each Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms; and it is further

**RESOLVED FURTHER**, that each Authorized Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

**RESOLVED FURTHER**, that, in addition to the specific authorizations heretofore conferred upon each Authorized Officer, each Authorized Officer be, and hereby is, authorized, empowered and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents and to incur all such fees and expenses, on behalf of and in the name of the Company, as in their judgment shall be necessary, appropriate or advisable to carry out fully the intent and purposes of the foregoing resolutions and each of them; and it is further

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by each Authorized Officer prior to adoption of these resolutions with respect to the matters contemplated by these resolutions including, without limitations, actions lawfully taken by each Authorized Officer to retain professionals or to seek relief on behalf of the Company under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case or any matter related thereto be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

[SIGNATURE PAGE FOLLOWS]

DocuSign Envelope ID: E86ABCC4-1BEC-43A0-B88F-E143F637E94E

This Unanimous Written Consent of the Board of Directors in Lieu of a Meeting (the "**Consent**") may be executed in counterparts, including by facsimile, PDF or otherwise by electronic transmission, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. This Consent shall be filed with the minutes of the proceedings of the Board.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, do hereby execute this Consent on the date set forth opposite each such undersigned's name.

October 11, 2023

*/s/ Brian Markison*
Brian Markison

October 11, 2023

*/s/ James Schaub*
James Schaub

**Fill in this information to identify the case:**

Debtor name: RevitaLid Pharmaceutical Corp.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

*Consolidated List for all Debtors

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nephron Pharmaceuticals Corporation<br>4500 12th Street Extension<br>West Columbia, SC 29172<br>United States | Attn: Bill Kennedy<br>Phone: (803) 569-2827<br>Email: bkennedy@nephronpharm.com | Inventory / Warehouse | | | | $967,736 |
| 2 | West Monroe Partners, LLC<br>P.O. Box 735140<br>Chicago, IL 60673-5140<br>United States | Attn:<br>Phone: (312) 602-4000<br>Email: mp-accountsreceivable@westmonroe.com | Trade Debt | | | | $316,625 |
| 3 | The Cementworks, LLC<br>32 Old Slip, 15th Floor<br>New York, NY 10005<br>United States | Attn: Man Leung, CFO<br>Phone: (212) 524-6296<br>Email: cbarnett@thebloc.com | Trade Debt | | | | $225,661 |
| 4 | Amplity Health<br>2080 Cabot Blvd, West Langhorne,<br>Bethlehem, PA 19047<br>United States | Attn: Nicole Libertino<br>Phone: (800) 672-0676<br>Email: nicole.libertino@amplity.com | Trade Debt | | | | $114,889 |
| 5 | Optiks Solutions, Inc.<br>15 Corporate Place South<br>Suite 105<br>Piscataway, NJ 08854<br>United States | Attn: Edward Vaz<br>Phone: (908) 565-3410<br>Email: edward.vaz@p360.com | Trade Debt | | | | $110,162 |
| 6 | Precision Effect, Inc.<br>P.O. Box 18967<br>Newark, NJ 07192<br>United States | Attn:<br>Phone: (800) 634-5315<br>Email: AR@precisioneffect.com | Trade Debt | | | | $97,775 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | DBS Technology Group, LLC<br>8 Peak Lane<br>Hillsborough, NJ 08844<br>United States | Attn:<br>Phone: (732) 586-4609<br>Email: dipen@dbstechgroup.com | Trade Debt | | | | $79,794 |
| 8 | Rooks Marketing Global, Inc.<br>835 Arbor Lane<br>Glenview, IL 60025<br>United States | Attn:<br>Phone: (847) 998-5889<br>Email: global@rooksmarketing.com | Trade Debt | | | | $70,402 |
| 9 | J. Knipper and Company, Inc.<br>PO Box 783662<br>Philadelphia, PA 19178-3662<br>United States | Attn: Brian Costello<br>Phone: (732) 905-7878<br>Email: Brian.Costello@knipper.com | Inventory / Warehouse | | | | $50,806 |
| 10 | Skinsolutions Md, LLC<br>13280 Evening Creek Dr. S<br>Suite 225<br>San Diego, CA 92128<br>United States | Attn:<br>Phone: (888) 910-0623<br>         (858) 752-9735<br>Email: accounting@skinsolutions.md | Trade Debt | | | | $50,000 |
| 11 | Eversana Life Science Services<br>4580 S. Mendenhall Rd.<br>Memphis, TN 38141<br>United States | Attn:<br>Phone: (414) 299-4900<br>Email: AR@eversana.com | Inventory / Warehouse | | | | $49,249 |
| 12 | Pharm-Olam, LLC<br>25329 Budde Rd., Suite 1103<br>The Woodlands, TX 77380<br>United States | Attn:<br>Phone: +91 9008733211<br>Email: allucent_invoicing@allucent.com | Trade Debt | | | | $46,140 |
| 13 | Sterne, Kessler, Goldstein & Fox P.L.L.C.<br>PO Box 715580<br>Philadelphia, PA 19171-5580<br>United States | Attn:<br>Phone: (202) 772-8635<br>Email: Accounting1@SterneKessler.com | Professional Services | | | | $45,116 |
| 14 | Nephron Pharmaceuticals Corporation<br>3855 St. Valentine Way<br>Orlando, FL 32811 | Attn: Bill Kennedy<br>Phone:<br>Email: bkennedy@nephronpharm.com | SPA Sellers | Contingent Unliquidated Disputed | | | Undetermined |
| 15 | Point Guard Partners, LLC<br>400 N. Ashley Drive, Suite 2150<br>Tampa, FL 33602 | Attn: Barry Butler<br>Phone:<br>Email: butler@pointguardllc.com | SPA Sellers | Contingent Unliquidated Disputed | | | Undetermined |
| 16 | Avery Family Recoverable Trust<br>525 E Micheltorena St., Suite A<br>Santa Barbara, CA 93103 | Attn: Robert L. Avery, MD<br>Phone:<br>Email: bobave@gmail.com | SPA Sellers | Contingent Unliquidated Disputed | | | Undetermined |
| 17 | Vision Question Holdings, LLC<br>1567 Hayley Lane, Suite 101<br>Fort Myers, FL 33907 | Attn: Alexander Eaton<br>Phone:<br>Email: ame@retinahealthcenter.com | SPA Sellers | Contingent Unliquidated Disputed | | | Undetermined |
| 18 | VOOM, LLC<br>625 Via Trepadora<br>Santa Barbara, CA 93110 | Attn: Mark Silverberg, MD<br>Phone:<br>Email: marksilverbergmd@me.com | SPA Sellers | Contingent Unliquidated Disputed | | | Undetermined |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Tom Riedhammer<br>*Address on file* | Attn: Tom Riedhammer<br>Phone:<br>Email: triedham@gmail.com | SPA Seller | Contingent<br>Unliquidated<br>Disputed | | | Undetermined |
| 20 | Dr. Diana Hurwitz and Jack Miller<br>*Address on file* | Attn: Jennifer L. Emmons<br>Phone: (215) 567-3500<br>Email: jemmons@cprlaw.com | Pending Litigation | Unliquidated<br>Disputed | | | Undetermined |

**Fill in this information to identify the case:**

Debtor name: <u>RevitaLid Pharmaceutical Corp.</u>

United States Bankruptcy Court for the: District of <u>Delaware</u> (State)

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 12 / 2023
MM / DD / YYYY

X  */s/ Brian Markison*
Signature of individual signing on behalf of debtor

Brian Markison
Printed name

Chief Executive Officer
Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REVITALID PHARMACEUTICAL CORP., | ) | Case No. 23-[_____] (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## LIST OF EQUITY HOLDERS[1]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership interest in the above-captioned debtor and debtor in possession:

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| Osmotica kft<br>Levente u 14/A, HU-2161<br>Csomád, Hungary | Common Shares | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 11 case.

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration **List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 12 / 2023
MM / DD / YYYY

X  */s/ Brian Markison*
Signature of individual signing on behalf of debtor

Brian Markison
Printed name

Chief Executive Officer
Position or relationship to debtor