## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REVITALID PHARMACEUTICAL CORP., *et al.*, | ) Case No. 23-11704 (BLS) |
| | ) |
| Debtors.[1] | ) (Joint Administration Requested) |
| | ) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 13, 2023 AT 10:00 A.M. (EASTERN STANDARD TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE HEARING WILL BE CONDUCTED IN-PERSON AND VIA ZOOM. ALL INDIVIDUALS PARTICIPATING BY VIDEO MUST REGISTER AT LEAST TWO HOURS PRIOR TO THE HEARING. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItduuqpjIsGgYlUhsikggWcu7NfXhm8Jk

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

PLEASE TAKE NOTICE that on October 12, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following voluntary petitions (collectively, the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.    Voluntary Petitions:

    1.    RevitaLid Pharmaceutical Corp.

    2.    RVL Pharmaceuticals, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: RevitaLid Pharmaceutical Corp. (0983), RVL Pharmaceuticals, Inc. (7918), and RVL Pharmacy, LLC (6132). The location of the Debtors' principal place of business is 400 Crossing Boulevard, Bridgewater, New Jersey 08807.

[2] All motions and other pleadings referenced herein are available online at the following address: https://restructuring.ra.kroll.com/RVL.

3.    RVL Pharmacy, LLC

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petitions, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.    First Day Declaration:

4.    Declaration of Brian Markison, Chief Executive Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 22; filed October 12, 2023]

C.    First Day Motions:

5.    Motion of Debtors for Entry of an Order Authorizing the Joint Administration of the Chapter 11 Cases [Docket No. 2; filed October 12, 2023]

6.    Debtors' Application for an Order Authorizing the Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent for the Debtors [Docket No. 10; filed October 12, 2023]

7.    Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Procedures for Determining Adequate Assurance of Payment, (II) Finding Utilities Adequately Assured of Payment, (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Utility Services, and (IV) Granting Related Relief [Docket No. 5; filed October 12, 2023]

8.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7; filed October 12, 2023]

9.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Compensation, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs, (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program and (III) Granting Related Relief [Docket No. 3; filed October 12, 2023]

10.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Claims of Trade Creditors, (II) Confirming Administrative Expense Priority Status of Debtors' Undisputed Obligations for Postpetition Delivery of Goods and Services, (III) Authorizing Payment of Refunds to Prepetition Customer Depositors, (IV) Authorizing Financial Institutions to Honor and Process Related Checks and Fund Transfers, and (V) Granting Related Relief [Docket No. 6; filed October 12, 2023]

11.    Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Authorizing Continued Use of Existing Business Forms; (III) Authorizing Continued Performance of Certain Intercompany Transactions; (IV) Waiving Certain United States Trustee Guidelines; and (V) Granting Related Relief [Docket No. 8; filed October 12, 2023]

12.    Motion of Debtors for Entry of an Order (I) Scheduling Combined Hearing to Consider (A) Approval of Disclosure Statement, (B) Approval of Solicitation Procedures, and (C) Confirmation of Prepackaged Plan; (II) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (III) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, Notice of Commencement, and Notice of Unimpaired Status; (IV) Conditionally Waiving Requirement of Filing Initial Reports of Financial Information, Statement of Financial Affairs and Schedules of Assets and Liabilities; (V) Conditionally Waiving Requirement to Convene the Section 341 Meeting of Creditors; and (VI) Granting Related Relief Pursuant to Sections 105(a), 341, 521(a), 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 1007, 2002, 3017, and 3018 [Docket No. 14; filed October 12, 2023]

13.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Super-Priority Claims, and (D) Grant Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 18; filed October 12, 2023]

    i.    Declaration of Jay K. Sinha in Support of the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors and Debtors in Possession to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Super-Priority Claims, and (D) Grant Adequate Protection; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 21; filed October 12, 2023]

Plan-Related Documents:[3]

14.    Joint Prepackaged Chapter 11 Plan of RevitaLid Pharmaceutical Corp. and its Subsidiaries [Docket No. 15; filed October12, 2023]

---

[3] For the Court's convenience and in light of certain relief being sought in connection with the Scheduling/Solicitation Motion, the Debtors have included copies of the Plan and Disclosure Statement on the agenda (and provided the same in the Court's hearing binder).

15.     Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of RevitaLid Pharmaceutical Corp. and its Subsidiaries [Docket No. 16; filed October 12, 2023]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for October 13, 2023 at 10:00 a.m. (Eastern Standard Time) before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**").  Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing at: https://debuscourts.zoomgov.com/meeting/register/vJItduuqpjIsGgYlUhsikggWcu7NfXhm8Jk

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

*[Remainder of page intentionally left blank.]*

Dated: October 12, 2023
      Wilmington, Delaware

/s/  Sarah E. Silveira
Mark D. Collins (No. 2981)
Brendan J. Schlauch (No. 6115)
Sarah E. Silveira (No. 6580)
Huiqi Liu (No. 6850)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  302-651-7700
Fax:  302-651-7701
Email:  collins@rlf.com
       schlauch@rlf.com
       silveira@rlf.com
       liu@rlf.com
       steiger@rlf.com

-and-

Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (*Pro Hac Vice*
Admission Pending)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone:  212-596-9000
Fax:  212-596-9090
Email:  gregg.galardi@ropesgray.com
       cristine.schwarzman@ropesgray.com

*Proposed Counsel to the Debtors*